ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**LAS VEGAS DEVELOPMENT GROUP, LLC; LVDG, LLC; AND LAS VEGAS DEVELOPMENT, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP, LLC; LAS VEGAS DEVELOPMENT, LLC; and LVDG, LLC, <br><br> Defendants. | Case No.  2:16-cv-01187-GMN-CWH |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW, Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC; LAS VEGAS DEVELOPMENT, LLC; and LVDG, LLC, and hereby present their unopposed motion to extend the time in which they may respond to the Plaintiff's pending Motion for Summary

Judgment, stating as follows:

1. On June 10, 2019, Plaintiffs filed a Motion for Summary Judgment herein [ECF #41]. A response to said Motion was due on July 1, 2019.

2. Defendants' counsel had expected to complete the Opposition to the Motion for Summary Judgment prior to the due date. However, a number of other matters came up that made doing so impossible, including numerous other pending legal matters and family obligations associated with Independence Day holiday. In addition, Defendants' counsel hopes to discuss settlement and potentially narrow the issues at hand.

3. Late in the day on July 1, 2019, Defendants' counsel sent an email to Plaintiffs' counsel requesting a 2 week extension of time until July 15, 2019, in which to respond to the pending Motion, together with a proposed stipulation to extend time. Kelly Dove, Esq., counsel for Federal National Mortgage Association, responded relatively immediately with her client's consent to the proposed stipulation.

4. John Tennert, Esq., counsel for Federal Housing Finance Agency, and John Maddock, III, Esq., counsel for Federal Home Loan Mortgage Corporation, responded to counsel's email on July 2, 2019, advising that while they do not oppose the requested extension, they feel that they cannot now so stipulate since the original deadline has passed. Both Mr. Tennert and Mr. Maddock advised that they will not oppose the instant Motion.

5. Defendants' counsel respectfully submits that the failure to submit a stipulation or motion in advance of the existing deadline constitutes excusable neglect under the circumstances herein.

//
//
//
//

6.     This Motion is made in good faith and not for purpose of delay.

NOW THEREFORE, Defendant, Thunder Properties, Inc., respectfully requests that this Court extend the time in which it may respond to Plaintiffs' pending Motion for Summary Judgment [ECF #41] until July 15, 2019.

Dated this  2nd  day of July 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
***Attorney for Defendants***
**LAS VEGAS DEVELOPMENT GROUP, LLC; LVDG, LLC; AND LAS VEGAS DEVELOPMENT, LLC**

**IT IS SO ORDERED.**

**DATED** this  3  day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___2nd___ day of July, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Tennille Checkovich
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
804-775-4758
804-440-7770 (fax)
tcheckovich@mcguirewoods.com
*Attorney for Plaintiff*
*Federal Home Loan Mortgage Corporation*

Kelly H Dove
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 784-5200
(702) 784-5252 (fax)
kdove@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Leslie Bryan Hart
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501-
775-788-2228
lhart@fclaw.com
*Attorney for Plaintiff*
*Federal Housing Finance Agency*

John H. Maddock, III
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
804-775-1178
804-698-2416 (fax)
jmaddock@mcguirewoods.com
*Attorney for Plaintiff*
*Federal Home Loan Mortgage Corporation*

Robin E Perkins
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
702-784-5238
702-784-5252 (fax)
rperkins@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Amy F. Sorenson
Snell & Willmer, LLP
3883 Howard Highes Parkway, Suite 1100
Las Vegas, NV 89169
801-257-1907
801-257-1800 (fax)
asorenson@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Michael W. Stark
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
804-775-1178
804-698-2416 (fax)
mstark@mcguirewoods.com
*Attorney for Plaintiff*
*Federal Home Loan Mortgage Corporation*

John D. Tennert
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
775-788-2212
jtennert@fclaw.com
*Attorney for Plaintiff*
*Federal Housing Finance Agency*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.