| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | John H. Maddock III, Esq. |
| John D. Tennert, Esq. (SBN 11728) | (admitted pro hac vice) |
| FENNEMORE CRAIG, P.C. | Tennille J. Checkovich, Esq. |
| 300 E. Second St., Suite 1510 | (pro hac vice pending) |
| Reno, Nevada 89501 | Michael W. Stark, Esq. |
| Tel: 775-788-2228  Fax: 775-788-2229 | admitted pro hac vice) |
| lhart@fclaw.com; jtennert@fclaw.com | MCGUIREWOODS LLP |
| *Attorneys for Plaintiff Federal Housing* | Gateway Plaza |
| *Finance Agency* | 800 East Canal Street |
| | Richmond, VA 23219 |
| Amy F. Sorenson, Esq. (SBN 12495) | Tel:  804-775-1000 Fax:  804-775-1061 |
| Kelly H. Dove, Esq. (SBN 10569) | jmaddock@mcguirewoods.com |
| Erica Stutman, Esq. (SBN 10794)SNELL & | tcheckovich@mcguirewoods.com |
| WILMER LLP | mstark@mcguirewoods.com |
| 3883 Howard Hughes Parkway, Suite 1100 | *Attorneys for Plaintiff Federal Home Loan* |
| Las Vegas, NV 89169 | *Mortgage Corporation* |
| Tel: 702-784-5200 Fax:  702-784-5252 | |
| asorenson@swlaw.com, | |
| kdove@swlaw.com, estutman@swlaw.com | |
| *Attorneys for Plaintiff Federal National* | |
| *Mortgage Association* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal Home Loan Mortgage Corporation and Federal National Mortgage Association; FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP, et al., <br><br> Defendants. | CASE NO. 2:16-cv-01187-GMN-CWH <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANTS' COUNTERMOTION FOR RULE 56(D) RELIEF** <br><br> **(FIRST REQUEST)** |

Plaintiffs Federal Housing Finance Agency, Federal Home Loan Mortgage Corporation, and Federal National Mortgage Association (jointly "Plaintiffs") together with Defendants Las Vegas Development Group, LLC, Las Vegas Development, LLC, and LVDG, LLC (jointly "Defendants" and with Plaintiffs, the "Parties") request the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for Plaintiffs to file their Reply in support of their Motion for Summary Judgment (ECF No. 41) and a Response to Defendants' Countermotion for Rule 56(d) Relief (ECF No. 46).  The current deadline for Plaintiffs' Reply and Response is July

29, 2019, and has not expired. The Parties seek an extension until **August 5, 2019**.

This is the Parties' first request to extend the deadline for filing any Reply and Response and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith for the benefit of the Plaintiffs and their counsel. Therefore, the Parties stipulate to extend the deadline for filing Plaintiff's reply in support of their Motion for Summary Judgment and response to the Countermotion for Rule 56(d) Relief until August 5, 2019, and request the Court enter an order extending the deadline.

DATED this 29th day of July, 2019.

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228  Fax: 775-788-2229
*Attorneys for Plaintiff Federal Housing Financing Agency*

**SNELL & WILMER L.L.P.**

By: /s/ Kelly H. Dove
Amy F. Sorenson, Esq. (SBN 12495)
Kelly H. Dove, Esq. (SBN 10569)
Erica Stutman, Esq. (SBN 10794)
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200  Fax: 702-784-5252
*Attorneys for Plaintiff Federal National Mortgage Association*

**MCGUIREWOODS LLP**

By: /s/ John H. Maddock III
John H. Maddock III, Esq.*
Tennille J. Checkovich, Esq.**
Michael W. Stark, Esq.*
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: 804-775-1000  Fax: 804-775-1061
*\* Admitted Pro Hac Vice to be submitted*
*\*\* Pro Hac Vice Pending*
*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

**ROGER P. CROTEAU & ASSOCIATES**

By: /s/ Timothy E. Rhoda
Roger P. Croteau, Esq. (SBN 4958)
Timothy E. Rhoda, Esq. (SBN 7878)
9120 W. Post Road
Las Vegas, NV 89148
*Attorneys for LVDG Defendants*

## ORDER

**IT IS SO ORDERED**.

**DATED** this   30   day of July, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANTS' COUNTERMOTION FOR RULE 56(D) RELIEF** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: July 29, 2019.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.